# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### RENO, NEVADA

| | | |
|---|---|---|
| ZENA WILLIAMS, an individual, et al., | ) | CV-N-05-0175-LRH-RAM |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | December 2, 2005 |
| GARY UNDERHILL, in his official and individual capacity, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Before the Court is Defendants' Motion for Order Permitting the Defendants to Submit Reply Brief in Excess of Twenty Pages (Doc. #23).

   GOOD CAUSE APPEARING, the Court hereby GRANTS Defendants' request. The Clerk of the Court shall file Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss.

                     LANCE S. WILSON, CLERK

                     By:   /s/
                        Deputy Clerk