JEFFREY S. BLANCK, ESQ.
Nevada State Bar No. 3913
485 West Fifth Street
Reno, Nevada 89503
(775) 324- 6640
(775) 323-5944 Fax
jblanck@jeffreyblancklaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZENA WILLIAMS, and individual; et al. | Case No. 3:05-cv-0175-LRH (RJJ) |
| Plaintiff's, | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION AND RELATED DEADLINES AND FOR FILING THE JOINT PRETRIAL ORDER** |
| vs. | |
| GARY UNDERHILL in his official and individual capacity; et al., | |
| Defendants. | |

The parties, through their respective counsel of record, hereby agree and stipulate to extend the time-lines within which to file the briefing with respect to the dispositive motions the parties have filed, along with the related timetable for lodging the Joint Pretrial Order. This stipulation constitutes the sixth request to modify the scheduling order, now only dealing with these two deadlines and no others.

The reasons for this stipulation are:

(1) This action is closely related to four (4) other currently pending actions, namely: Gayle Chiles et al. v. Underhill, et. al., Case No. 3:05-cv–0179-LRH (RJJ); Smith, et. al. v. Underhill, et. al., Case No. 3:05-cv-0176-LRH (RJJ); McCarthy, et al. v. Washoe County School District, et al., Case No. 3:05-cv-0177-LRH (RJJ); and Alexander, et al. v. Underhill, et al., Case

1  No. 3:05-cv–0178-LRH (RJJ). It is also related to a fifth (5th) case that was filed substantially
2  later, and in which these mentioned deadlines do not apply, namely, Cranford, et al., v.
3  Underhill., Case No. 3:05-cv-00111-LRH (GWF).  While all these cases each are based on
4  different alleged factual scenarios, they are closely related in terms of the identity of many of the
5  defendants, parties, witnesses, and other circumstances.  Oral deposition discovery was
6  consolidated by virtue of a separate stipulated Order (Dkt.#41) for the five closely-related cases
7  in order to save economic resources and time.
8       (2)Defense counsel have already filed summary judgment motions in the first five cases.
9       (3)     Plaintiffs' counsel filed partial summary judgment motions on January 7, 2007, in
10  the Alexander and Chiles cases, and Defendants have opposed those partial summary judgment
11  motions, and filed cross-motions.
12       (4)     Logistically, the single extended filing date has turned out to be problematic for
13  the parties because of the extensive body of evidence that needs to be analyzed and compiled for
14  the summary judgment motions and exhibits.  The electronic filing process is also time intensive,
15  albeit very convenient, not to mention the additional time for scanning the documents internally
16  prior to e-filing, providing courtesy copies of the numerous exhibits to the Court, and opposing
17  counsel, and the occasional equipment problems.
18       (5)     Plaintiffs' counsel is a sole practitioner and has numerous cases in litigation in
19  State and Federal Court requiring a balancing of deadlines and workload.
20       (6)     Plaintiff will have the Reply brief in Chiles and in Alexander filed by
21  September 6, 2007.
22       (7)     The previous order identified the fact that plaintiff may need one more extension.
23  Based on the foregoing, the parties respectfully request that the following deadlines be
24  extended as follows:
25       (1)     The deadline for the Plaintiffs to file and serve their Opposition Brief  to
26  Defendants' Motion for Summary Judgment be moved from September 6, 2007 to on or before
27  Friday, October 26, 2007.
28       (2)     The deadline for Defendants to file their Reply brief to Plaintiffs' Opposition to

1  Defendants' Summary Judgment Motion shall also vary from the typical response times under
2  the local rules, and the Reply shall be due on or before Friday <u>November 30, 2007</u>.  If additional
3  time is needed , counsel anticipate submitting an appropriate stipulation and order.
4    (3) Based on the parties' already-filed and anticipated dispositive motions, the date
5  for filing the Joint Pretrial Order ("JPO") is extended to <u>30 days after the entry of decision on all
6  dispositve motions, or further order of the Court</u>, in accordance with LR 26-1(e)(4).
7    This Stipulation being submitted prior to the due date, as contemplated by LR 6-1.
8  LAW OFFICE OF JEFFREY S. BLANK
9  By_____/s/_____  Dated this 27th day of August, 2007.
10   Jeffrey S. Blanck, Esq.
    485 West Fifth Street
11  Reno, Nevada 89503
    (775) 324-6640 telephone
12  (775) 323-5944 facsimile
    Attorney for Plaintiffs
13
   MAUPIN, COX & LeGOY
14
   By_____/s/_____  Dated this 27th day of August, 2007.
15
    Michael Malloy, Esq.
16  Debra Waggoner, Esq.
    4785 Caughlin Pky
17  Reno, Nevada 89520
    (775) 827-2000 telephone
18  (775) 827-2185 facsimile
19  Attorneys for Defendant
20         NO FURTHER EXTENSIONS SHALL BE
           GRANTED.
21
22         IT IS SO ORDERED.
23
24
25
           _____
26         LARRY R. HICKS
           UNITED STATES DISTRICT JUDGE
27
28         DATED:  August 29, 2007