AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF   NEVADA

ZENA WILLIAMS, an individual;
et al.,

      Plaintiffs,

V.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:05-cv-00175-LRH-RJJ**

GARY UNDERHILL, in his official
capacity; et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (#60) is GRANTED.


  March 26, 2008                         **LANCE S. WILSON**
                                                                   Clerk

                                                          /s/ Daniel R. Morgan
                                                               Deputy Clerk